AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

**Jason Files**

v.

**Massachusetts Department of Correction**

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **04 11565 RCL**

TO: (Name and address of Defendant)

Robert Murphy, Superintendent, Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay M. Lipis, Esq.

Six Cabot Place, Unit 8, Stoughton, MA 02072

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____       JUL 14 2004
CLERK                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: July 21, 2004 |
| NAME OF SERVER (PRINT): Jerold S. Loomis | TITLE: Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Massachusetts Treatment Center, 30 Administration Road, Bridgewater, MA
Given to Steven Fairley, Security Director on behalf of Robert Murphy.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 21, 2004
               Date

*Signature of Server*

P.O. Box 339, Weymouth, MA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.