AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Jason Files

V.

Massachusetts Department
of Corrections

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11565 RCL

TO: (Name and address of Defendant)

Michael T. Maloney, Commissioner, Massachusetts Department of Corrections

50 Maple Street, Suite 3, Milford, MA 01757-3698

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay M. Lipin, Esq.

Six Cabot Place, Unit 8, Stoughton, MA 02072

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JUL 14 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: July 23, 2004 |
| NAME OF SERVER (PRINT): Tomasz Kruszewski | TITLE: Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 50 Maple Street, Suite 3, Milford, MA Left with Michael Farrell, Administrative Assistant on behalf of Michael T. Maloney, Commissioner, MA Dept. of Corrections.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL  x$0.00x  $65.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 28, 2004

Signature of Server: Tomasz Kruszewski, Disinterested Person

Address of Server: P.O. Box 339, Weymouth, MA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.