1

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 2004-11565

JASON P. FILES,
       **Plaintiff,**

v.

**MASSACHUSETTS DEPARTMENT
OF CORRECTIONS,**
       **Defendant.**

---

### NOTICE OF APPEARANCE

---

The Massachusetts Department of Correction enters the appearance of the following as

counsel in the above-encaptioned matter:

    Brendan J. Frigault, BBO # 647669
    Massachusetts Treatment Center
    30 Administration Road
    Bridgewater, MA  02324
    (508) 279-8184

Please enter such appearance on the record.

2

Respectfully Submitted

by the Commonwealth

NANCY ANKERS WHITE
Special Assistant Attorney General

by:    _____

Brendan J. Frigault, Counsel
Department of Correction
Massachusetts Treatment Center
30 Administration Road
Bridgewater, Massachusetts 02324
(508) 279-8180
Dated: October 20, 2004          BBO Number 647669


## CERTIFICATE OF SERVICE

I hereby certify that I served a photocopy of the above document upon the petitioner's counsel-of-record:

Walter J. Hayes, Jr.
LAW OFFICE OF JAY M. LUPIS
6 Cabot Place, Unit 8
Stoughton, MA 02072

_____
Brendan J. Frigault

Dated: October 20, 2004