1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-11565 -RCL

**JASON P. FILES,**
    **Plaintiff,**

v.

**MASSACHUSETTS DEPARTMENT
OF CORRECTIONS,**
    **Defendant.**

---

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

---

NOW COMES the Defendant, Massachusetts Department of Correction, by and through undersigned counsel, and hereby moves this honorable Court to enlarge the time for serving a responsive pleading to plaintiff's complaint, up to and including December 17, 2004.

As reasons therefore, counsel states that further time is required in order to investigate and make an informed and intelligent response to the allegations contained within the plaintiff's complaint. The additional time is also required due to counsel's heavy case load including his representation of the Department of Correction in two G.L.c. 123A, section 9 Superior Court jury trials: <u>Thomas v. Commonwealth</u>, Worcester, No. 01-2343, currently on trial in Cambridge Superior Court (expected to close evidence on Friday, October 22, 2004), and <u>Tucker v. Commonwealth</u>, Franklin, No. 01-139, scheduled for trial on November 15, 2004. These trials are extremely fact intensive and require significant preparation.

2

This delay in responding to the complaint will in no way prejudice the plaintiff's lawsuit.

                                      Respectfully Submitted

                                      by the Commonwealth

                                      NANCY ANKERS WHITE
                                      Special Assistant Attorney General

by:                        _____
                                      Brendan J. Frigault, Counsel
                                      Department of Correction
                                      Massachusetts Treatment Center
                                      30 Administration Road
                                      Bridgewater, Massachusetts 02324
                                      (508) 279-8180
Dated: October 20, 2004          BBO Number 647669

## CERTIFICATE OF SERVICE

I hereby certify that I served a photocopy of the above document upon the petitioner's counsel-of-record:

Walter J. Hayes, Jr.
LAW OFFICE OF JAY M. LUPIS
6 Cabot Place, Unit 8
Stoughton, MA 02072

                                                   _____
                                                 Brendan J. Frigault

Dated: October 20, 2004