1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-11565

JASON P. FILES,
          Plaintiff,

v.

MASSACHUSETTS DEPARTMENT
OF CORRECTIONS,
          Defendant.

---

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO FILE ANSWER

---

NOW COMES the Defendant, Massachusetts Department of Correction, by and through undersigned counsel, and hereby moves this honorable Court to extend the time for serving a responsive pleading to plaintiff's complaint, up to and including December 17, 2004.

As reasons therefore, counsel states that further time is required in order to investigate and make an informed and intelligent response to the allegations contained within the plaintiff's complaint. The additional time is also required due to counsel's heavy case load including his representation of the Department of Correction in two G.L.c. 123A, section 9 Superior Court jury trials: Thomas v. Commonwealth, Worcester, No. 01-2343, currently on trial in Cambridge Superior Court (expected to close evidence on Friday, October 22, 2004), and Tucker v. Commonwealth, Franklin, No. 01-139, scheduled for trial on November 15, 2004. These trials are extremely fact intensive and require significant preparation.

2

This delay in responding to the complaint will in no way prejudice the plaintiff's lawsuit.

                Respectfully Submitted

                by the Commonwealth

                NANCY ANKERS WHITE
                Special Assistant Attorney General

by:     _____
         Brendan J. Frigault, Counsel
         BBO No. 647669
         Department of Correction
         Massachusetts Treatment Center
         30 Administration Road
         Bridgewater, Massachusetts 02324
         (508) 279-8180

Dated: October 29, 2004     BJFrigault@DOC.state.ma.us

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-11565

JASON P. FILES,
    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT
OF CORRECTIONS,
    Defendant.

---

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

---

NOW COMES the Defendant, Massachusetts Department of Correction, by and through undersigned counsel, and hereby certifies that defendant's counsel has conferred with counsel for the plaintiff, in an effort to resolve the issue addressed in the defendant's Motion for Extension of Time, in accordance with LR, D.Mass. 7.1. Defendant's counsel spoke with plaintiff's counsel by phone on October 27, 2004, and plaintiff's counsel indicated that he did not object to the defendant's proposed enlargement of time in this matter.

4

Respectfully Submitted

by the Commonwealth

NANCY ANKERS WHITE
Special Assistant Attorney General

by: _____

Brendan J. Frigault, Counsel
BBO No. 647669
Department of Correction
Massachusetts Treatment Center
30 Administration Road
Bridgewater, Massachusetts 02324
(508) 279-8180
Dated: October 29, 2004        BJFrigault@DOC.state.ma.us