**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 2004-11565**

**JASON P. FILES,**
**Plaintiff,**

**v.**

**MASSACHUSETTS DEPARTMENT**
**OF CORRECTIONS,**
**Defendant.**

**MOTION TO DISMISS OF DEFENDANT**
**MASSACHUSETTS DEPARTMENT OF CORRECTION**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Massachusetts Department of Correction

(" DOC"), respectfully moves to dismiss the Complaint for failure to state a claim upon which

relief can be granted.  The defendant bases this motion on the facts and law set forth in the

accompanying Memorandum in Support of Motion to Dismiss of Defendant Department of

Correction.

Respectfully Submitted
by the Massachusetts Department of Correction

NANCY ANKERS WHITE
Special Assistant Attorney General

By:    /s Brendan J. Frigault, Counsel
BBO No. 647669
Department of Correction
Massachusetts Treatment Center
30 Administration Road
Bridgewater, Massachusetts 02324
(508) 279-8180
BJFrigault@DOC.state.ma.us

Dated: December 30, 2004