UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JASON P. FILES**

V.                                              **CIVIL ACTION NO. 04-11565-RCL**

**MASS. D.O.C.**

## ORDER OF DISMISSAL

LINDSAY, D.J.

    A Scheduling Conference having been scheduled for November 16, 2005, and counsel having failed to appear; it is hereby ORDERED:

    Case dismissed for failure to prosecute.


November 17, 2005                      /s/ Lisa M. Hourihan
                                       --------------------------
                                       Deputy Clerk